**RECEIVED**

5/5/2023

SMB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Andrew Wesley,
Reg. No. R19988

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Charles Truitt, Warden,
Dr. Henze, Ms. Olufunmilola,
APN, Ms. Bruckner, APN, Ms.
Orr, APN, Mr. Mitchell, RN,
Jane Doe's #1, #2, #3, #4,
#5, nurses

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**23-cv-2849**
**Judge Pallmeyer**
**Magistrate Judge Valdez**
**PC 7**
**PC SCAN**
**DIRECT**

Case No: _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I.     Plaintiff(s):**

A.     Name:  Andrew Wesley

B.     List all aliases:

C.     Prisoner identification number:  R19988

D.     Place of present confinement:  Stateville C.C.

E.     Address:  16830 S. Rte 53, Crest Hill, IL 60435

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

A.     Defendant:  Ayankoya Olufunmilola

Title:  Nurse Practitioner (APN)

Place of Employment:  Stateville C.C.

B.     Defendant:  Mrs Bruckner

Title:  Nurse Practitioner (APN)

Place of Employment:  Stateville C.C.

C.     Defendant:  Mr Mitchell

Title:  Registered Nurse

Place of Employment:  Stateville C.C.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I.**    **Plaintiff(s):**

     A.    Name: _Andrew Wesley_

     B.    List all aliases: _____

     C.    Prisoner identification number: _R19988_

     D.    Place of present confinement: _Stateville C.C._

     E.    Address: _16830 S Rte 53, Crest Hill, IL 60435_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.**    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

     A.    Defendant: _Ms. Orr_

         Title: _Nurse Practitioner (APN)_

         Place of Employment: _Stateville CC._

     B.    Defendant: _Jane Doe #1_

         Title: _Nurse_

         Place of Employment: _Stateville C.C._

     C.    Defendant: _Jane Doe #2_

         Title: _Nurse_

         Place of Employment: _Stateville C.C._

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

-3-

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I.    Plaintiff(s):**

A.    Name: __Andrew Wesley__

B.    List all aliases: _____

C.    Prisoner identification number: __R19988__

D.    Place of present confinement: __Stateville C.C.__

E.    Address: __16830 s. Rte 53, Crest Hill, IL. 60435__

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: __Jane Doe #3__

   Title: __Nurse__

   Place of Employment: __Stateville C.C.__

B.    Defendant: __Jane Doe #4__

   Title: __Nurse__

   Place of Employment: __Stateville C.C.__

C.    Defendant: __Jane Doe #5__

   Title: __Nurse__

   Place of Employment: __Stateville C.C.__

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

-4-

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: _Andrew Wesley_

B. List all aliases: _____

C. Prisoner identification number: _R19988_

D. Place of present confinement: _Stateville C.C._

E. Address: _26830 s. Rte 53, Crest Hill, IL 60435_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: _Charles Truitt_

Title: _Warden_

Place of Employment: _Stateville C.C._

B. Defendant: _Ms. Henze_

Title: _Physician_

Place of Employment: _Stateville C.C._

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: _Andrew Wesley v. Walter Nicholson, et al., 19-cv-1966_

B.    Approximate date of filing lawsuit: _2019, July 07_

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _Andrew Wesley_

D.    List all defendants: _Walter Nicholson_

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Federal Court, Nothern Dist, Eastern Div._

F.    Name of judge to whom case was assigned: _Rebecca R. Pallmeyer_

G.    Basic claim made: _Conditions of Confinement, physical Injury_

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Settled_

I.    Approximate date of disposition: _Feb. 2021, 04th_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

8

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: _Wesley v. Hardy, 12-cv-2226_

B.   Approximate date of filing lawsuit: _2012, March 02_

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _Andrew Wesley_

D.   List all defendants: _Hardy_

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District, Eastern Division, Federal Ct._

F.   Name of judge to whom case was assigned: _Joan H. Lefkow_

G.   Basic claim made: _Violation of Constitutional rights_

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Dismissed (Habeas Corpus Petition)_

I.   Approximate date of disposition: _May 19, '15_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## INTRODUCTION

Plaintiff, hereafter "Mr. Wesley" asserts that the health care system at Stateville C.C. is with an inadequate "sick call", medical request system which is, in part, due to his stage three Sarcoma (cancer) to the extent that nurses; RN's, APN's, etc. were deliberately different to Mr. Wesleys serious health care needs, all "passed the torch", and turned a blind eye to the same; for over six months when he -Mr. Wesley- was finally seen by a physician, and by this time the Sarcoma within Mr. Wesley body advanced to near fatality, stage three.

Additionally, due to said sick call request system, Mr. Wesley endured severe pain without any meaningful threatment for over six months. Also, due to this six month delay of treatment Mr. Wesley endures very tiring and mentally exhausting radiation treatment, to save his life. And this entire process would have been avoid or lessened had Mr. Wesley been examined during his routine physical exam, I.e, avoided.

Worsening, the condition (medical, etc.) of Mr. Wesley is that after his near fatal condition, and demonstrating extreme indifference, Stateville C.C. waited about two months to have Mr. Wesley treated for this life threatening cancer. And the warden was made aware initiall, but completely ignored Mr. Wesleys call for help. (That is after they knew of Mr. Wesleys condition-stage three Sarcoma they delayed his treatment)

FN

1. The deliberate indiffernce of the sick call system also relates to all of the defendants herein, i.e, their deliberate indifference

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.   Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. On July 18, '22, Petitioner, hereafter "Mr. Wesley" was seen by Defendant Olufunmilola for a routine physical examination. Mr. Wesley informed Olufunmilola that he had a knot/lump on his left thigh. Additionally, Mr. Wesley informed Olufunmilola that he was experiencing severe pain at the lump. And upon request, Mr. Wesley informed Olufunmilola that his level of pain was a "7" from her range of "1 to 10".² During this examination Olufunmilola enquired Mr. Wesley about his familial health history of high blood pressure, cancer, inter alia, i.e, whether the same existed. Mr. Wesley confirmed both.

2. Abruptly, Olufunmilola asked Mr. Wesley did he have on any shorts and Mr. Wesley informed her that he did not. Olufunmilola told Mr. Wesley that she would not examine his lump, etc. because he did not have on any shorts. Mr. Wesley implored Olufunmilola to

FN

2 Olufunmilola prescribed Mr. Wesley an (on information) low dose pain reliever which was very ineffective.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

examine him and requested that she have another nurse or an officer present for her comfort, etc. To no avail. Olufunmilola told Mr. Wesley that she would reschedule him at a later date to examine his lump, etc. and that she would schedule him far enough so that he would have enough time to purchase some shorts. Also, Mr. Wesley was with a conspicuous limp. (See Ex. A)

 3. Mr. Wesley, awaiting to be examined by Olufunmilola or any provider noticed that his initial complained of lump to Olufunmilola had doubled in size within a 30-day span and was still at the same pain level[3]. Consequently, and during this time Mr. Wesley requested from nurses: Connie Proctor, Bonnie, inter alia, to discover if he had been rescheduled, to no avail. So, Mr. Wesley, after several sick call requests, and after about 38 days from his visit with Olufunmilola was seen by Defendant Mitchell whereat he informed Mitchell of the abovesaid (here in par. 3) and Mr. Wesley realleges par. 1-2 as if fully alleged herein. Mitchell examined Mr. Wesley's lump and said that he would have him seen by a provider. Mr. Wesley was seen by Mitchell

FN
3 Mr. Wesley informed all of the defendants herein of the ineffec-
tive pain medication prescribed to him, etc.

Revised 9/2007

-10-

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

On August 25, '22, Mitchell also told Mr Wesley that he would learn if he was scheduled to see a provider and would send him - Mr. Wesley - a note this day informing him whether he was scheduled, to no avail

4. Mr. Wesley, suffering in severe pain, having not received the note / information from Mitchell whether he was scheduled to see a provider, again requested sick call, and three days later, on August 25, '22, Mr. Wesley was seen by two African American(s) nurses, Defendant(s) Jane Doe #1 and Jane Doe #2 Mr. Wesley informed both nurses, Mr. Wesley realleges par's 1 - 3 as if fully alleged herein. Both Jan Does examined Mr Wesley's lump and told him that they would schedule him to see a provider. Mr. Wesley implored them to assure that he is seen by a provider as soon as possible. Both Jan Does assured Mr Wesley that he would be scheduled to see a provider and would either note him or by proxy (medical personnel) inform him on this day if he is already scheduled, to no avail

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

5. Mr. Wesley, still suffering severe pain, etc. and desperately seeking to be examined by a doctor, and having not received any information from said defendants whether he was scheduled to see a doctor, again, re-requested sick call whereat on September 05, '22, he was seen by Defendant Mitchell, again, and eight days later (about) after his visit with Defendants Jane Doe #1 and #2. Mr. Wesley reminded Mitchell of their prior visit, and Mr. Wesley realleges pars 1 to 4 as if fully alleged herein. Mitchell told Mr. Wesley that the process is slow, but eventually he will be seen.

6. Forward, Mr. Wesley, approximately three months after his initial said complaint (about 91 days) still in severe pain, the lump on his thigh larger, his limp more conspicuous, again, for the about fifth time requested and implored to be seen by a doctor by re-

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

requesting sick call, and on October 15, 2022, Mr. Wesley was seen by Defendant Jane Doe 3, nurse. Mr. Wesley informed Doe 3 that the lump on his thigh had grown, his pain level had not changed, and Mr. Wesleys limp was more conspicuous, and Mr. Wesley also informed Doe 3, Mr. Wesley realleges pars 1 - 5 as if fully alleged herein. Doe 3 informed Mr. Wesley that the process is slow to be seen by a provider. Doe 3 also examined Mr. Wesley's lump, and told him that he would eventually be seen by a provider. (On information, belief, observation, and reading of the medical care manual, the abovesaid nurses (defendants) were/are with carte blanche authority to immediately inform a doctor/nurse practitioner of Mr. Wesleys serious health condition and/or expedite his visit with the same)

7. On October 25, '22, 10 additional days after Mr. Wesley was seen by Doe 3, and approximately 101 days after his initial complaint - abovesaid - Mr. Wesley was seen by Defendant Orr, nurse practitioner. Mr. Wesley informed Orr, Mr. Wesley realleges pars 1 - 6 as if fully alleged herein. Mr. Wesley emphasized to Orr his severe level of pain, the rapid growth of the lump on his thigh, and additionally his limp was very prominent, and easily recognizable. And all of said defendants were aware that Mr. Wesley's limp was due to the lump/pain. Orr examined Mr. Wesley and informed him that she will request an ultrasound, but this process will be time-consuming because it must approved first via committee/ doctor. (On information, belief, observation, and reading

On the prescriptive authority of nurse practitioners, i.e., among other things, their ability to prescribe medication, Defendant Orr could/should have prescribed Mr. Wesley pain medication, and communicated to providers, doctors Mr. Wesley's medical issues/history as described herein to expedite medical treatment for Mr. Wesley) Mr. Wesley implored Orr to provide him with pain medication, to no avail.

8. On November 04, '22, and approximately 111 days after Mr. Wesleys initial complaint-medical-to Olufunmilola, he was seen by Defendant Bruckner. Mr. Wesley informed Bruckner, Mr. Wesley realleges pars 1-7 as if fully alleged herein. Mr. Wesley emphasized his consistent level of pain and the continued growth of his lump on his thigh. Mr. Wesley implored Bruckner to prescribe him pain medication, to no avail, Bruckner informed Mr. Wesley that he was going to be scheduled for an ultrasound after it was approved which would be a while.

9. On November 22, '22, and approximately four months (about 129 days) Mr. Wesley still in severe pain and not seen by a doctor, etc. was-by his request-seen by sick call, and again by Defendant Mitchell. (That is four months after his initial complaint to Olufunmilola Mr. Wesley was again seen by Defendant Mitchell)

-14-

Mr. Wesley informed Mitchell, Mr. Wesley realleges par's 1 - 8 as if fully alleged herein. Mr. Wesley implored Mitchell to provide him pain medication and refer him to a doctor. Mitchell gave Mr. Wesley (on information an over-the-counter) pain reliever. Mitchell informed Mr. Wesley that the process is slow and that there was nothing he could do.

10. On November 23, '22, about 130 days after Mr. Wesley's initial complaint to Olufunmilola, he was again seen by Defendant Bruckner. Mr. Wesley informed Bruckner, Mr. Wesley realleges par's 1 - 9 as if fully alleged herein. Mr. Wesley implored Bruckner to prescribe him a more effective pain reliever to preclude his pain, to no avail Bruckner told him that he was approved for an ultrasound and there was nothing else she would do.

11. On November 28, '22, about 135 days after Mr. Mosleys initial Complaint to Olufunmilola, he again requested and was seen by nurses Jane Doe 4 and 5. Mr. Wesley informed both, Mr. Wesley realleges par's 1 to 10 as if fully alleged herein. Mr. Wesley informed them of his extreme pain, and the over-the-counter medication he was given. Mr. Wesley urged both to have him seen by a doctor, to no avail.

12. On December 01, '22, about 138 days after Mr. Mosley's initial complaint to Olufunmilola, he again was seen by Defendant Bruckner. Bruckner told Mr. Wesley, after he requested an effective pain medication, that she would not do anything or oblige any of his present or prior requests until he has had an ultrasound.

13. After over five months (about 166 days), on December 29, '22, Mr. Wesley was sent to the University of Illinois at Chicago hospital whereat he received an ultrasound.

14. After over six months (about 181 days), Mr. Wesley was finally examined by a doctor (Dr. Henze) whereat she - Dr. Henze - performed a biopsy on Mr. Wesley. Prior to Mr. Wesley informed Henze, Mr. Wesley realleges par's 1 - 15 as if fully alleged herein. (This visit occurred on January 13, '23.) Mr. Wesley informed Defendant Henze of the severe pain he was experiencing for months and requested her to prescribe him an effective medication to relieve his pain. After over six months of severe pain, Henze prescribed Mr. Wesley "Tramadol", a powerful narcotic. I.e., over six months without the same after numerous requests.

25. On January 31, '23, 18 days after Mr. Wesleys visit with Defendant Henze, and over six months (about 199 days) after his initial complaint to Defendant Olufunmilola, he was again seen by Defendant Henze whereat she in a nonchalant and "by-the-way" tone told him - Mr. Wesley - that he had cancer.

26. On February 09, '23, nine days after Mr. Wesleys visit with Henze, and about seven months (about 208 days) after his initial complaint with - or - to Defendant Olufunmilola, he was seen by Dr. Son, an Oncologist and informed that he - Mr. Wesley - was with Sarcoma, an aggressive cancer, a cancer that attacks the muscles, and spreads rapidly. Dr. Son, who is from the University of Illinois at Chicago informed Mr. Wesley that he is with Stage three cancer, which is near the end stage, i.e., terminal, in that generally at stage four the cancer spreads to other parts of the body. And this can occur at stage three also. (See Ex. B) $\underline{4}$

FN
4. Ex. B on information and belief is from Google (last checked on April 10, 2023 at 3:00 P.M.)

17. On February 09, 23 and thereafter, the Health Care System (unit) at Stateville C.C. is/was fully informed that Mr. Wesley is with stage three Sarcoma and that as said above, Sarcoma is an aggressive and rapid spreading cancer. And additionally, the same spreads weekly, etc. However, even with this firsthand knowledge that Mr. Wesley's condition was life threatening Defendants Henze, Bruckner, and Truitt stagnated with Mr. Wesleys treatment because they waited almost two months (about 52 days) after learning of Mr. Wesleys life threatening condition to have his treatment conducted.

18. Mr. Wesley communicated to Defendant Truitt his initial denial of treatment by Defendant Olufunmibla, and the severe pain he was experiencing. To no avail, Truitt turned a blind eye to Mr. Wesley's serious medical needs. (see Ex. C) Additionally, Truitt was contacted by Mr. Wesleys family member early on wherein Truitt was informed of, inter alia, that Mr. Wesley was in severe pain and being denied medical treatment, but to no avail, Truitt ignored these pleas.

19. Mr. Wesley has exhausted all of his "administrative remedies" herein. (See Ex D) The grievance procedure is completed

20. END

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V.     Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Mr. Wesley respectfully moves this Honorable Court to award him compensatory, punitive, and nominal damages in an amount to be determined after trial. And the costs of this action, i.e, the filing fee, etc. And attorney fees

VI.     The plaintiff demands that the case be tried by a jury.  ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___04th___ day of ___May___, 20_23_

___Andrew Wesley___
(Signature of plaintiff or plaintiffs)

___Andrew Wesley___
(Print name)

___R19988___
(I.D. Number)

___16830 S. Rte S3, Crest Hill, IL 60435___

(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF ILINOIS

SCANNED AT STATEVILLE CC and E-mailed
5-5-23    by CK , 36 pages
date      initials   No.

Andrew Wesley, R19988          )
                               )     Filing , Proof of
        v                      )     Service
                               )
Charles Truitt, Warden,        )
                               )

PROOF OF SERVICE

Please Take Notice that on May 05, 2023, I caused the
attached civil petition to be filed by requesting the Stateville
C.C. law library to (email) e-file the same to the clerk of the
U.S. Dist. Ct. by providing them personally with the same.

Under 28 U.S.C. 1746 under penalties of perjury, I state that
I caused the above-petition to be filed as described above.

                              Andrew Wesley
                              Andrew Wesley
                              Reg No 19988 ,(B-402)
                              P.o Box 112
                              Joliet, IL 60434

# Exhibit

# A

**Offender Information:**

Last Name: Wesley    First Name: Andrew    MI: ___    ID#: R19988

Date: 7/18/22
Time: 1024A ☐ a.m. ☐ p.m.

Race: ☐ White  ☑ African American  ☐ Asian American  ☐ Hispanic  ☐ Native American  ☐ Other

Gender: ☑ Male  ☐ Female    Date of Birth: 4/16/84

| Objective: System | Normal | ABN | Explanation: |
|---|---|---|---|
| Head, Neck, Face, & Scalp | ✓ | | Scepple |
| Nose and Sinuses | ✓ | | |
| Mouth and Throat | ✓ | ✓ | Oral Condition: mild redness |
| Ears | ✓ | ✓ | Drums Normal/Grossly Intact: | Hearing: R - Diminished: L |
| Eyes | ✓ | | Pupils: PERRLA  Fundoscopic: Accommodation: |
| Lungs and Chest including Breast | ✓ | | Auscultation: CTAB Θ wheezing |
| Heart | ✓ | | Rate: Rhythm: RRR S1 S2  Size: Murmurs: Θ |
| Vascular | ✓ | | Θ edema |
| Abdomen | ✓ | | Consistency: S/NT/ND/Θ Masses Θ  Tenderness: Θ Scars: Θ |
| Anus, Rectum (Prostate – 40+ Male Only) | N/A | | Visual: Digital:  Guaiac + / – / R: |
| Genito-Urinary System | | | S/R · WNL |
| Upper Extremities | ✓ | | Strength: ROM: |
| Lower Extremities | ✓ | | Strength: ROM  WNL |
| Spine and Musculo-Skeletal | ✓ | | |
| Skin and Lymphatics | ✓ | | intact |
| Neurologic DTR's | ✓ | | Romberg: Biceps: WNL Patella: |
| Mental Status | ✓ | | A&O×3 (u NAD |
| Pelvis (Female Only) | | | Cervix: Fundus:  Vaginal Canal: PAP: ☐ Y ☐ N ☐ R |

Assessment: Problem # MRDA
Tonsilitis

Plan: (Check box as appropriate and complete plan)

Placement Consideration: ☐ Yes  ☑ No
HR: ☐ Yes  ☑ No
Food Handler Status: OK –

Left thigh lesion unable
to assess @ this time.
To F/U if issue persist.
RTC in 4wks

I have reviewed the vaccines listed below with patient. Please Order vaccine as marked:

| | | | | |
|---|---|---|---|---|
| ☐ Flu | ☐ Meningitis | ☐ Hep A | ☐ Hep B | ☐ HPV | ☐ HIB |
| ☐ Pneumococcal | ☐ Shingles | ☐ Tetanus | ☐ Varicella | ☐ Other : ___ |

2 noted

**Examiners Signature:**
Print Name: Olufunmilola Ayankoya APN
Signature: O/a Ayankoya
Date: JUL 1 8 2022

# Exhibit

## B

To:
Booking Number:
Location:

From:
Request Date:                            4/10/2023 3:06:02 PM (CDT)
Subject:                                 fyi sarcoma

Message:

Is sarcoma cancer aggressive?

It is aggressive and often spreads to other areas of the body, particularly the lungs or liver. These tumors can cause pain and a mass can usually be felt in the abdomen.

The growth rate of soft-tissue sarcoma is highly variable, but in general it will grow noticeably over weeks to months. Any mass that grows in this time frame needs urgent medical evaluation. Even a mass that grows slowly over years should still be evaluated to determine if cancer is present.

How do you know if sarcoma is spreading?

CT or CAT scan: This is a type of x-ray that takes clear, detailed pictures of your insides and the tumor or lump. This test may also be done to see if cancer has spread.

Is sarcoma cancer fast growing?

They tend to grow and spread quickly. Some stage III tumors have already spread to nearby lymph nodes. Even when these sarcomas have not yet spread to lymph nodes, the risk of spread (to lymph nodes or other parts of the body) is very high. These tumors also tend to grow back in the same area after they're removed.

What are the beginning stages of sarcoma?

Stage I: The tumor is small and low grade (GX or G1). Stage II: The tumor is small and higher grade (G2 or G3). Stage III: The tumor is larger and higher grade (G2 or G3). Stage IV: The cancer has spread to other parts of the body.

Can you feel sarcoma spreading?

Sarcomas are often not symptomatic until they are very large and may first be noticed as swelling or a painless lump. As they grow larger they can cause pain or soreness by pressing on surrounding nerves or muscles and eventually spreading to nearby organs.

What are red flags of sarcoma?

Red flag symptoms

One of the key symptoms for sarcoma is a visible lump or swelling, possibly painful, that is growing in size. General practice is usually the first place where patients present with a visible lump that may be sarcoma (usually appearing on the leg, arm or trunk).

# Exhibit
# C

7-18-22

To: Charles Turitt (warden)

RE: Healthcare unit


Hello, How are you doing; My name is Andrew Wesley #R19988. I am writing you because today I went over to the H.C.U to have a routine physical. I was seen by NP Lola. After she completed my physical I informed her about a small knot that i discovered on my left thigh and how painful it is to the touch. She ask me was I wearing gym shorts underneath my pants, and i told her no. She refused to have a look at it because I wasn't wearing gym shorts underneath my pants, and she told me that she will call me back in a few weeks to have a look at it. Can you please look into this matter for me.

Thank you and have a nice day!

9-6-22

TO: Charles Turitt (warden)

RE: Healthcare Unit

Hello, I am sorry to bother you again, but it's been about a month and half or two since I last wrote to you about this matter. As I have told you befor, I went to H.C.U on 7-18-22. For a routine physical. I was seen by NP Lola. I told her about a Knot I found on my left thigh and how it was hurting. She refused to look at it because I wasn't wearing gym shorts underneath my pants, and she told me that she would call me back, but never did. Since then the Knot has grown, and still painful to the touch. Again, can you please look into this matter for me and let me Know something.

Thank you and i look forward to hearing back from you.

# Exhibit

# D

J.B. Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name:  Wesley, Andrew

2/7/23
Date

ID# :  R19988

Facility:  Stateville

This is in response to your grievance received on __11/7/22__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 9/14/22    Grievance Number: 1274    Griev Loc: Stateville

- ☑ Medical states saw the Doctor on 7/18/22 and was told he would be rescheduled but has yet to see the Provider again
- ☐ Dietary
- ☐ Personal Property
- ☐ Mailroom/Publications
- ☐ Staff Conduct
- ☐ Commissary / Trust Fund
- ☐ Conditions (cell conditions, cleaning supplies, etc.)
- ☐ Disciplinary Report: Dated: _____ Incident #
- ☐ Other

Based on a review of all available information, this office has determined your grievance to be:

- ☐ Affirmed
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Other:

- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

FOR THE BOARD: _____
Adewale Kuforiji
Administrative Review Board

CONCURRED: _____
Rob Jeffreys
Director

CC: Warden, Stateville _____ Correctional Center
Wesley, Andrew _____ ID# R19988

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

Housing Unit: D House   Bed # 546

Complete in duplicate if Institution:

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender's Grievance

at Lvl rec:                                                          2nd Lvl rec:

Date: 9-14-22   Offender (please print): Andrew Wesley   ID #: R19888   Race (optional): BLK

Present Facility: Stateville Corr. Center   Facility where grievance issue occurred:

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):

- [x] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____   Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On July 18, 2022. I went over to the Healthcare unit for a routine physical. I seen Doctor Lola an Black Female. She was the one who did my physical. While in her office I told her about a Knot I discovered on my left thigh. She ask me was I wearing any shorts underneath my pants and I told her no. So, she told me since I wasn't wearing any shorts underneath my pants that she will have to reschedule me to be seen at a later date. On August 25, 2022, I

[x] Continued on reverse

Relief Requested: [x] To be seen by a Doctor!!!!

Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[x] Check if this is NOT an emergency grievance.

Andrew Wesley   R19988   9-14-22
Offender's Signature   ID#   Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: _____   [ ] Send directly to Grievance Officer

Outside jurisdiction of this facility, Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name _____   Sign Counselor's Name _____   Date _____

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW**   Date Received: _____

Is determined to be of an emergency nature:

Yes, expedite emergency grievance
No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature _____   Date _____

Assigned Grievance #/Institution: _____

Housing Unit: 1-House Bed # 540

1st Lvl rec: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

2nd Lvl rec: _____

went to in-house sick call to complain about the knot that's on
on my left thigh. I was seen by a young white male nurse. He
took a look at the knot and told me that he will put me
in to be seen by the Doctor. On August 28, 2022, I went
back to in-house sick call. I was seen by two Black Female
nurses. I told them about the knot that's on my left thigh, and
that it was hurting. They took a look of it and told my that
they will put me in to seen the Doctor. They also prescribe me
with pain medication. On September 5, 2022 I go went
to in-House sick call and was seen by the same male nurse
I seen on August 25 2022. I told him about the knot and
ask him when will I be able to see the Doctor he
was unable to give me an unswer but assured me that he put
me in to seen the Doctor.